# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MOORMAN, et ux.,**<br>    Plaintiff,<br><br>v.<br><br>**LOWE'S HOME CENTERS, INC.,**<br>    Defendant. | **MISC. ACTION NO. 07-51** |

## O R D E R

**AND NOW**, this 2nd day of April, 2007, upon consideration of the "Motion for Reconsideration of Non-Party IMX Medical Management Services, Inc." (Document No. 5), it is hereby **ORDERED** that said motion is **DENIED**.

BY THE COURT:

/s/ Marvin Katz
_____
**MARVIN KATZ, S.J.**